UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGIA BROWN | : | |
| | : | |
| VS. | : | CIVIL NO. |
| | : | |
| STATE OF CONNECTICUT, DEPT. OF MENTAL HEALTH AND ADDICTION SERVICES | : : : | DECEMBER 7, 2015 |

## **C O M P L A I N T**

1. This is an action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, to redress the deprivation by the defendant of rights secured to the plaintiff by the laws of the United States. The defendant discriminated against the plaintiff in employment on the grounds of her race.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3), 1367(a) and 2201(a) of Title 28 and Sections 1981 and 2000e of Title 42 of the United States Code.

3. During all times mentioned in this action, the plaintiff was, and still is, an adult citizen of the United States residing in the State of Connecticut. She is an African-American.

4. During all times mentioned in this action, the defendant was and is an

agency of the State of Connecticut. It is and at all relevant times was an employer within the meaning of the aforesaid statutes and at all relevant times employed more than one hundred individuals.

5. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes aforementioned, having received a Notice of Right to Sue issued by the Civil Rights Division of the United States Department of Justice on October 1, 2015.

6. The plaintiff was employed by the defendant for several years as a Mental Health Assistant 1 in the General Psychiatry Division of the Connecticut Valley Hospital.

7. Until the events described below, the plaintiff's evaluations always had been satisfactory or better.

8. On December 25, 2012, a patient complained that he had been treated roughly while being transferred into his bed.

9. The allegation was not true.

10. The procedure in question was performed by two of the defendant's employees, one of whom was the plaintiff. The other Mental Health Assistant 1 who jointly participated with the plaintiff in the procedure, Anita Suker, is Caucasian.

11. On February 27, 2013, the plaintiff was suspended without pay for

five (5) days as a result of the incident.

12. Ms. Suker received no discipline whatsoever.

13. The disparity in treatment for identical actions, described above, was based upon the plaintiff's race.

14. As a result, the plaintiff suffered economic losses and emotional distress.

WHEREFORE, the plaintiff claims judgment against the defendant as follows:

A. Compensatory damages in an amount this court shall consider to be just, reasonable and fair;

B. Attorney fees and the costs of this action;

C. Such other relief as this court shall consider to be fair and equitable.

THE PLAINTIFF

BY:_____/s/____(ct00215)_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
jrw@johnrwilliams.com
Her Attorney